# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHN DOE #4, *Jason Gmoser*
    Defendant.

Case No. 1:14mj646
(Litkovitz, MJ)

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** *Mary Ann Ranz*
Date/Time: **October 17, 2014 at 2:15 pm**

United States Attorney: *Christy Muncy*    Defendant Attorney: *Brad Kramer, retained*

[X] Initial Appearance Hearing on [] Complaint; [] Indictment; [] Information; or [] petition for probation / supervised release [X] Rule 5(c)(3) out of _____ ; [] pretrial release violation; [] Other matters _____

[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing *Tues, 10-21-14 @ 1:30pm*
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed. ____FPD or ____CJA

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information or [] Superseding Indictment:*
Defendant waives reading of: [ ] Indict  [ ] Info  [ ] Indict Read  [ ] Info Read
Defendant pleads: [ ] GUILTY  [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[X] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: