UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHN DOE #4, – Jason Gmoser
    Defendant.

Case No. __1:14mj646__
(Litkovitz, MJ)

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, _Jodie Perkins_
Date/Time: October 21, 2014 at 1:30 pm

United States Attorney: _Christy Muncy_    Defendant Attorney: _Bradley Kraemer_

*Initial Appearance Hearing on* [] *Complaint;* [] *Indictment;* [] *Information; or* [] *petition for probation / supervised release*; [] *pretrial release violation*; [X] *Rule 5(c)(3) proceedings out of the District of* _CD of Illinois @ Urbana_

[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing ____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order     _A did not contest the issue of pretrial detention._
Plaintiff Witness _____    Defendant Witness _____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____
AUSA Exhibits: _____    Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [] *Indictment or* [] *Information or* [] *Superseding Indictment*:
Defendant waives reading of: [ ] Indict    [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[X] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[X] Commitment to Another District Ordered (Rule 40), remove to _CD of Illinois at Urbana_
[ ] Case set for a _____

Remarks: