AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

A TRUE COPY
ATTEST
KENNETH A. WELLS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 10/9/2014

United States of America
v.
JOHN DOE #4,
_____
Defendant

Case No. 14-20048-04

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JOHN DOE #4, _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Count 1: Child Exploitation Enterprise in violation of 18 U.S.C. § 2252A(g)
  Count 2: Conspiracy to Advertise Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e)
  Count 3: Conspiracy to Distribute Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1)

Date: 10/07/2014

_____
*Issuing officer's signature*

City and state: Urbana, IL

DAVID G. BERNTHAL, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/14, and the person was arrested on *(date)* 10/16/14
at *(city and state)* Hamilton, Ohio.

Date: 10/16/14

_____
*Arresting officer's signature*

Pamela S Kirschner, Special Agent FBI
*Printed name and title*