


United States District Court
Southern District of Ohio, Western Division
Clerk of Court
716 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

October 21, 2014

Clerk, US District Court
Central District of Illinois at Urbana
United States Courthouse
201 South Vine Street, Room 218
Urbana, IL 61801



Re: *USA v. John Doe #4 or Jason Gmoser* - Your Case # 14CR-20048

Dear Clerk of Courts:

Enclosed please find the documentation regarding subject defendant. Defendant has been detained and will be transported back to your district pursuant to Rule 5c proceedings held in this district. Enclosed please find the case documents and docket sheet related to this matter.

If you have any questions, please do not hesitate to call.

Sincerely,

Clerk, John P Hehman
Southern District of Ohio, Cincinnati

s/Arthur Hill
Arthur Hill, Deputy Clerk
(513) 564-7652

Attachments
1:14mj646         * * *   * * * *   * * *

Please copy letter as a return receipt to indicate possession of documents:

Date of receipt: ___10/23/14_____     Clerk: ___T. Cronk_____