FILED
RICHARD W. NAGEL
CLERK OF COURT

15 JUL -1 PM 12: 08

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.** |
| | : | **1:15CR- 069** |
| | : | **I N D I C T M E N T** |
| **v.** | : | **18 U.S.C. § 2241(c)** **J. BLACK** |
| | : | **18 U.S.C. § 2251(a)** |
| | : | **18 U.S.C. § 2422(b)** |
| **JASON GMOSER.** | : | |
| | : | **FORFEITURE** |

- - - - - - - - - - - - - - - - - - - - -

**The Grand Jury charges that:**

### COUNT 1
### (Production of Child Pornography)

On or about November 7, 2011, in the Southern District of Ohio, the defendant, JASON

GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit,

Minor 3, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of

producing any visual depiction of such conduct or for the purpose of transmitting a live visual

depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be

transported or transmitted using any means or facility of interstate or foreign commerce or in or

affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or

transmitted using materials that have been mailed, shipped, or transported in or affecting

interstate or foreign commerce by any means, including by computer, or if such visual depiction

has actually been transported or transmitted using any means or facility of interstate or foreign

commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

### COUNT 2
### (Production of Child Pornography)

On or about November 16, 2011, in the Southern District of Ohio, the defendant, JASON

GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit,

Minor 3, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of

producing any visual depiction of such conduct or for the purpose of transmitting a live visual

depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be

transported or transmitted using any means or facility of interstate or foreign commerce or in or

affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or

transmitted using materials that have been mailed, shipped, or transported in or affecting

interstate or foreign commerce by any means, including by computer, or if such visual depiction

has actually been transported or transmitted using any means or facility of interstate or foreign

commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

### COUNT 3
### (Production of Child Pornography)

On or about November 19, 2011, in the Southern District of Ohio, the defendant, JASON

GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit,

Minors 2 and 3, known to the Grand Jury, to engage in any sexually explicit conduct for the

purpose of producing any visual depiction of such conduct or for the purpose of transmitting a

live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to

know will be transported or transmitted using any means or facility of interstate or foreign

commerce or in or affecting interstate or foreign commerce or mailed, or that such visual

depiction was produced or transmitted using materials that have been mailed, shipped, or

transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 4
### (Production of Child Pornography)

On or about April 5, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor 2, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 5
### (Production of Child Pornography)

On or about April 23, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor 2, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of

producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 6
### (Production of Child Pornography)

On or about June 12, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minors 1 and 2, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 7
### (Production of Child Pornography)

On or about June 24, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor 1, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 8
### (Production of Child Pornography)

On or about June 26, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor 1, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting

interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

### COUNT 9
### (Production of Child Pornography)

On or about July 11, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor 1, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

### COUNT 10
### (Production of Child Pornography)

On or about September 8, 2012, in the Southern District of Ohio, the defendant, JASON GMOSER, did and attempted to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor 2, known to the Grand Jury, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual

depiction of such conduct, which visual depiction GMOSER knew or had reason to know will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or that such visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

**In violation of Title 18, United States Code, Section 2251(a) and (e).**

## COUNT 11
### (Coercion and Enticement)

Between November 2, 2011 and September 7, 2014, in the Southern District of Ohio, the defendant, JASON GMOSER, knowingly used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce any individual, to wit, Minors 1, 2 and 3, known to the Grand Jury, and other minors unknown to the Grand Jury, who had not attained the age of 18 years, or who was believed to be less than 18 years of age, to engage in any sexual activity for which any person could be charged with an offense.

**In violation of Title 18, United States Code, Section 2422(b).**

## COUNT 12
### (Aggravated Sexual Abuse)

Between April 30, 2014 and September 30, 2014, in and outside the Southern District of Ohio, defendant, JASON GMOSER, crossed a state line with intent to engage in a sexual act, to wit, touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, or around or gratify the

sexual desire of any person, with another person who had not attained the age of 16 years.

**In violation of Title 18, United States Code, Section 2241(c).**

## FORFEITURE ALLEGATION

Upon conviction of an offense alleged in Counts 1 through 11 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1.    All visual depictions, in any form, described in Title 18, United States Code, Sections 2251, 2251A or 2252, and any book, magazine, periodical, film, video tape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, Chapter 110;

2.    All property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and;

3.    All property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

**All pursuant to 18 U.S.C. §2253(a)(1) - (3).**

**A TRUE BILL**

_/S_

_____
**GRAND JURY FOREPERSON**

**CARTER M. STEWART**
**UNITED STATES ATTORNEY**

_____
**ANTHONY SPRINGER**
**CINCINNATI BRANCH CHIEF**