# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:15-CR-069** |
| **Plaintiff,** | : | **JUDGE BLACK** |
| v. | : | **NOTICE OF APPEARANCE** |
| **JASON GMOSER,** | : | |
| **Defendant.** | : | |

Timothy D. Oakley, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as lead counsel for the United States in the above captioned case.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    Acting United States Attorney

    s/Timothy D. Oakley
    TIMOTHY D. OAKLEY (0039965)
    Assistant United States Attorney
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    Office: (513) 684-3711
    Fax: (513) 684-2047
    E-mail: Tim.Oakley@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing Notice of Appearance was served this 5th day of May, 2016 electronically on Bradley M. Kraemer, attorney for defendant, Jason Gmoser.

                          s/Timothy D. Oakley
                          TIMOTHY D. OAKLEY (0039965)
                          Assistant United States Attorney