

| KENNETH A. WELLS<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>OFFICE OF THE CLERK | TEL: 217.492.4020<br>FAX: 217.492.4028 |

July 18, 2016

U.S. District Court
Attn: Criminal Division
U.S. Courthouse, Rm. 103
100 East Fifth St.
Cincinnati, OH 45202

RE: USA v JASON T. GMOSER
CD/IL Case #16-MJ-7057, SD/OH Case #15-CR-069

Dear Clerk of Court:

On July 15, 2016, this Court held Rule 5 proceedings for the above named defendant who has been charged in your court. Enclosed is the Waiver and Commitment Order. We are an electronic filing court and you may see the docket or find any documents you need by accessing our electronic case file at the following address: http://ecf.ilcd.uscourts.gov

If you have any questions, please feel free to contact the Urbana office.

Very truly yours,

KENNETH A. WELLS,
CLERK OF COURT

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
| --- | --- | --- | --- |
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | 211 19th St. |
| Room 309 | Room 218 | Room 151 | Room 203 |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | Rock Island, IL 61201 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | 309.793.5778 |

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>JASON T. GMOSER<br><br>_Defendant_ | )<br>)<br>) Case No. 16-mj-7057<br>)<br>) Charging District's<br>) Case No. 15-CR-69 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___Ohio___,
_(if applicable)_ ___Western___ division. The defendant may need an interpreter for this language: _____.

The defendant: ☒ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___07/15/2016___

_Judge's signature_

___COLIN S. BRUCE    U.S. DISTRICT JUDGE___
_Printed name and title_

A TRUE COPY
ATTEST
KENNETH A. WELLS, CLERK
BY: _K Marsh_
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 7/15/16

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
JUL 15 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-mj-7057 |
| JASON T. GMOSER | ) | |
| | ) | Charging District's Case No. 15-CR-69 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Ohio

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 07/15/2016

*Defendant's signature*

*Signature of defendant's attorney*

Bradley Kraemer
*Printed name of defendant's attorney*

E-FILED
Tuesday, 12 July, 2016 04:24:59 PM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JASON GMOSER | ) Case No. 1:15cr69 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JASON GMOSER
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

PRODUCTION OF CHILD PORNOGRAPHY (SEE ATTACHED INDICTMENT)

Date: 07/01/2015

*Arthur H...*
*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*