UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.    Case No. 1:15cr69
    ( J. Black ; Litkovitz, MJ )

JASON GMOSER,
    Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Karen L. Litkovitz

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** Mary Ann Ranz
Date/Time: **August 11, 2016 at 1:30 pm**

United States Attorney: Christy Muncy    Defendant Attorney: Brad Kraemer

[ X ] Initial Appearance Hearing on [] Complaint; [X] Indictment; [] Information; or [] petition for probation / supervised release [] Rule 5(c)(3) out of _____; [] pretrial release violation; [] Other matters _____
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed. _____ FPD or _____ CJA

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____  Defendant Witnesses: _____
AUSA Exhibits: _____  Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [X] *Indictment or* [] *Information or* [] *Superseding Indictment:*
Defendant waives reading of: [X] Indict    [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [X] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Black
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: