UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

-vs-                                             Case No. 1:16CR69

JASON GMOSER

## ORDER OF DETENTION PENDING TRIAL

In accordance with 18 U.S.C. § 3142(f), a detention hearing was discussed. The United States and defense counsel indicated bond was moot as the defendant is not currently eligible for release due to pending matters in another case, to wit, the defendant is serving a sentence from another case.

### DIRECTIONS REGARDING DETENTION

**JASON GMOSER** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **JASON GMOSER** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date: 8/11/16

Karen L. Litkovitz
United States Magistrate Judge