AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| JASON GMOSER | ) Case No. 1:15cr69 |
| | ) |
| Defendant | ) |

FILED
RICHARD W. NAGEL
CLERK OF COURT
15 JUL -1 PM 1:10
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

FILED
2016 AUG 15 AM 9:4[?]
RICHARD W. NAGEL
CLERK OF [COURT]

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JASON GMOSER**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PRODUCTION OF CHILD PORNOGRAPHY (SEE ATTACHED INDICTMENT)

Date: 07/01/2015

*Arthur Hi[ll]*
Issuing officer's signature

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
Printed name and title

### Return

This warrant was received on *(date)* 07/01/15, and the person was arrested on *(date)* 08/10/16
at *(city and state)*

Date: 08/11/16

*[signature]* 3058 For FBI
Arresting officer's signature

BRAD [LAMMERT] DUSM
Printed name and title