# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,

vs.

Jason Gmoser,

Defendant.

Case No. 1:15CR-069

Judge Timothy S. Black

## SPEEDY TRIAL WAIVER

I, Jason Gmoser, acknowledge that I am aware of my rights under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.* I understand that by signing this document, I am waiving my rights under the Speedy Trial Act, and consenting to a continuance of my trial date.

I hereby **waive** my rights under the Speedy Trial Act and consent to a continuance in my case, as my attorney has requested/will request of the Court. I understand that the time elapsing during this continuance will be excluded entirely from the computation of time under the Speedy Trial Act within which my trial would otherwise need to commence. I affirm that I have discussed this decision with my attorney, and that I am executing this waiver voluntarily and with a full understanding of the rights and privileges that I hereby waive.

Date: 9-28-16

Defendant

Print: Jason Gmoser

Date: 10/3/16

Defense Counsel

Print: Bradley Kraemer