**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No.: 1:15CR-069 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **JASON GMOSER** ) | |
| ) | |
| ) | **NOTICE OF INSANITY DEFENSE** |
| **Defendants.** ) | **PURSUANT TO FEDERAL RULE 12.2** |
| ) | **FOR DEFENDANT JASON GMOSER** |

      Now comes the Defendant, Jason Gmoser, by and through counsels Bradley M. Kraemer and Courtney Caparella-Kraemer, hereby gives notice that the Defendant intends to assert an insanity defense pursuant to Federal Rule of Criminal Procedure 12.2. Defendant shall provide counsel for the government with the Defendant's medical records and a list of providers.


Respectfully Submitted:

s/Bradley M. Kraemer
Bradley M. Kraemer (0070329)
Courtney Caparella-Kraemer (0077016)
Caparella-Kraemer & Associates, LLC
Attorney for Defendant
4841 A Rialto Road
West Chester, Ohio 45069
Telephone: (513)942-7222
Facsimile:  (513)942-6444
Email: Bradley@cklawoh.com

1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon Counsel of Record via e-mail, on this 20th day of October, 2016.

                                    s/Bradley M. Kraemer
                                    Bradley M. Kraemer  (#0070329)
                                    Courtney Caparella-Kraemer (0077016)