IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No.: 1:15CR-069 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | MOTION TO DETERMINE |
| | ) | COMPETENCY OF DEFENDANT |
| | ) | |
| **JASON GMOSER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Now comes the Defendant, by and through undersigned counsel, and hereby requests this honorable Court to conduct a hearing to determine the competency of the Defendant Jason Gmoser. There is reasonable cause to believe that the defendant has regressed since his incarceration, and may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Respectfully submitted,
CAPARELLA-KRAEMER & ASSOC., LLC


By:   s/Bradley M. Kraemer
Bradley M. Kraemer (0070329)
Courtney Caparella-Kraemer (0077016)
Attorney for Defendant
4841A Rialto Road
West Chester, OH  45069
Telephone:   (513) 942-7222
Facsimile:   (513) 942-6444
Bradley@cklawoh.com


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon Counsel of Record via e-mail on this 16th day of November, 2016.

1

2

                                                          s/Bradley M. Kraemer  
                                                          Bradley M. Kraemer (0070329)  
                                                          Courtney Caparella-Kraemer (0077016)  
                                                          Attorney for Defendant