**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*3301 Leestown Road*
*Lexington, KY 40511-8799*

January 6, 2017

The Honorable Timothy S. Black
United States District Judge
Southern District of Ohio
Western Division
Potter Stewart U.S. Courthouse, Room 815
100 East Fifth Street
Cincinnati, OH 45202

RE: GMOSER, Jason Thomas
Case No. 1:15-cr-69
Reg. No. 72612-061

Dear Judge Black:

    Your court order, dated November 28, 2016, committed Jason Thomas Gmoser to a mental health evaluation pursuant to Title 18, United States Code, Section 4241, to determine his competence to stand trial. Mr. Gmoser arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on January 5, 2017. Pursuant to Title 18, United States Code, Section 4247, in addition to the evaluation period of 30 days beginning the day he arrived at our facility, due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us an additional 15 days to complete the evaluation. Under such a time frame, the evaluation would be completed by February 21, 2017, and a report would be available to the Court by March 21, 2017.

    If you concur with our request, please fax us a new order to (859) 253-8873. We sincerely appreciate your consideration in this matter.

Sincerely,

Francisco J. Quintana
Warden