# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:15-cr-069 |
| v. | Judge Black |
| **JASON GMOSER** | MOTION TO EXTEND TIME TO FILE RESPONSE |

Now comes the United States of America by and through counsel and moves this Court to extend the time to file a response to defendant Gmoser's Motion to Suppress Evidence and Oral Statements (R. 29).

The United States seeks a two-week extension in order to more adequately address the arguments raised by the defendant's motion prior to finalizing the government's response. Defense counsel does not object to an extension.

WHEREFORE, the government respectfully requests this motion be granted and an extension of two weeks to file a response to the Motion to Suppress Evidence and Oral Statements. If granted, the government's response would be due on October 10, 2017.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/*Christy L. Muncy*
    CHRISTY L. MUNCY (KY 88236)
    Assistant United States Attorney
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing Motion was filed with the Court's CM/ECF System this day, September 25, 2017, which provides electronic notice to all parties.

                                          s/*Christy L. Muncy*
                                          Christy L. Muncy (KY 88236)
                                          Assistant United States Attorney