AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

A TRUE COPY
ATTEST
KENNETH A. WELLS, CLERK
BY: _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 10/9/2014

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN DOE #4 | ) | Case No. 14-20048-04 |
| aka argonaut | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN DOE #4, aka argonaut,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Child Exploitation Enterprise in violation of 18 U.S.C. § 2252A(g)
Count 2: Conspiracy to Advertise Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e)
Count 3: Conspiracy to Distribute Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1)

Date: 10/07/2014

*Issuing officer's signature*

City and state: Urbana, IL

DAVID G. BERNTHAL, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**GOVERNMENT EXHIBIT 1**