# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JASON GMOSER,

      Defendant.

Case No. 1:15-cr-69
JUDGE DOUGLAS R. COLE

## ORDER

This cause came before the Court for a Telephone Status Conference on April 22, 2022, at 11:00 a.m. before Judge Douglas R. Cole. The parties advised the Court that the Defendant is now in custody in this district and that they are working towards a resolution of the matter. The Government notified that Court that a proposed plea agreement will be sent to Defendant's counsel next week. The parties jointly requested a 3-week continuance. The parties agreed to a Telephone Status Conference on May 13, 2022, at 12:45 p.m. There were no objections to the speedy trial clock being tolled through the date of the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from working towards a resolution, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from April 22, 2022, until May 13, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

April 22, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**