# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**JASON GMOSER,**

    **Defendant.**

**Case No. 1:15-cr-69**
**JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Telephone Status Conference on June 3, 2022, at 10:30 a.m. before Judge Douglas R. Cole. The Government advised the Court that it needs additional time to contact the victim regarding potential plea offer and requested a 3-week continuance. The parties agreed to a Telephone Status Conference on June 27, 2022, at 12:30 p.m. There were no objections to the speedy trial clock being tolled through the date of the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from continuing to work towards a resolution, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from June 3, 2022, until June 27, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

June 3, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**