# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:15-CR-069 |
| Plaintiff, | : | Judge Cole |
| v. | : | |
| | : | **O R D E R** |
| JASON GMOSER | : | |
| Defendant. | : | |

United States Marshals are authorized by this Court to remove **JASON GMOSER** from the Boone County Jail to transport him to Park Dental in Hamilton, Ohio on June 29, 2022 @ 2:00pm, and to return **JASON GMOSER** to the Boone County Jail upon the completion of the interview.

6/27/22
DATE

HONORABLE DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE


KENNETY L. PARKER
United States Attorney


s/*Christy L. Muncy*
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney