**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                          **Case No. 1:15-cr-69**
                                                    **JUDGE DOUGLAS R. COLE**

**JASON GMOSER,**

      **Defendant.**

**ORDER**

This cause came before the Court for a Telephone Status Conference on June 27, 2022, at 12:30 p.m. before Judge Douglas R. Cole. The Government advised the Court that it has been unable to locate the victim at this time and requested a 30-day continuance. The parties agreed to a Telephone Status Conference on July 27, 2022, at 12:30 p.m. There were no objections to the speedy trial clock being tolled through the date of the next status conference.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from continuing to work towards a resolution, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from June 27, 2022, until July 27, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

June 27, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**