**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 1:15-CR-069 |
| Plaintiff, | : | Honorable Douglas R. Cole |
| v. | : | |
| | : | **MOTION TO CONTINUE** |
| | : | **STATUS CONFERENCE** |
| **JASON GMOSER,** | : | |
| Defendant. | : | |

The United States of America, by and through undersigned counsel, respectfully request that this Court continue the status hearing in the above-captioned matter.

The hearing is currently scheduled for today, August 26, 2022. The United States requests a continuance to finalize a few details in the proposed plea agreement. There is no objection from Defendant's counsel, Bradley M. Kraemer, regarding this request for a continuance.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Christy L. Muncy*
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
christy.muncy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion to Continue Status Hearing* has been filed via the Court's CM/ECF system and electronically served upon all counsel of record this 26th day of August, 2022.

        *s/Christy L. Muncy*
        CHRISTY L. MUNCY (KY 88236)
        Assistant United States Attorney