# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.

**JASON GMOSER,**

      Defendant.

**Case No. 1:15-cr-69**
**JUDGE DOUGLAS R. COLE**

## ORDER

This cause comes before the Court on the Government's Unopposed Motion to Continue Status Conference. (Doc. 42). The Court hereby **GRANTS** the motion and **RESCHEDULES** the Telephone Status Conference for October 18, 2022, at 11:30 a.m. The Court further finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from finalizing plea negotiations, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court finds the period of time elapsing from September 23, 2022, until October 18, 2022, is properly, and shall be, excluded from the speedy trial calculation.

      **SO ORDERED.**

September 23, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**