# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**JASON GMOSER,**

    **Defendant.**

**Case No. 1:15-cr-69**
**JUDGE DOUGLAS R. COLE**

## ORDER

This cause came before the Court for a Telephone Status Conference on October 18, 2022, at 11:30 a.m. before Judge Douglas R. Cole. Defendant's counsel advised the Court that he has met with client regarding the proposed plea agreement and needs to discuss a forfeiture issue with the Government and requested a continuance. At the parties' request, the case is set for a Change of Plea hearing on December 7, 2022, at 11:00 a.m. There were no objections to the speedy trial clock being tolled through the date of the change of plea hearing.

Therefore, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), as failure to grant the continuance would prevent the parties from finalizing plea negotiations, and thus would likely lead to a miscarriage of justice. Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from October 18, 2022, until December 7, 2022, is properly, and shall be, excluded from the speedy trial calculation.

**SO ORDERED.**

October 20, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**