# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         Case No. 1:15-cr-69

  v.                                   JUDGE DOUGLAS R. COLE

JASON GMOSER,

      Defendant.

## CRIMINAL MINUTES: CHANGE OF PLEA ON INDICTMENT

Defendant appeared with counsel Bradley Kraemer

Defendant arraigned and specifically advised of rights

Plea Agreement summarized by AUSA Christy Muncy

Statement of Facts read by AUSA Christy Muncy

Defendant pled GUILTY to Count 6

Plea accepted by the Court

Court deferred acceptance of Plea Agreement pending completion and review of Presentence Report

Referred to Probation Department for Presentence Report

Defendant remanded to the custody of the U.S. Marshal


**Judge:**                        Douglas R. Cole

**Courtroom Deputy:**     Scott Lang

**Court Reporter:**         Lisa Conley-Yungblut (Official)

**Date:**                         December 7, 2022