## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:15-cr-069** |
| **Plaintiff,** | **JUDGE COLE** |
| **v.** | |
| **JASON GMOSER,** | |
| **Defendant.** | |

### PROOF OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(a)(iv)(C), notice of the Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 14, 2023, as evidenced by Exhibit 1.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Christy L. Muncy
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Christy.Muncy@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 10, 2023, a copy of the foregoing Proof of Publication was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

s/Christy L. Muncy
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney