

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 14, 2023 and February 12, 2023.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jason Gmoser

**Court Case No:**     1:15-CR-00069
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/14/2023 | 23.9 | Verified |
| 2 | 01/15/2023 | 23.9 | Verified |
| 3 | 01/16/2023 | 23.9 | Verified |
| 4 | 01/17/2023 | 23.9 | Verified |
| 5 | 01/18/2023 | 23.9 | Verified |
| 6 | 01/19/2023 | 23.9 | Verified |
| 7 | 01/20/2023 | 23.8 | Verified |
| 8 | 01/21/2023 | 23.9 | Verified |
| 9 | 01/22/2023 | 23.9 | Verified |
| 10 | 01/23/2023 | 24.0 | Verified |
| 11 | 01/24/2023 | 23.9 | Verified |
| 12 | 01/25/2023 | 23.9 | Verified |
| 13 | 01/26/2023 | 24.0 | Verified |
| 14 | 01/27/2023 | 23.9 | Verified |
| 15 | 01/28/2023 | 23.9 | Verified |
| 16 | 01/29/2023 | 23.9 | Verified |
| 17 | 01/30/2023 | 23.9 | Verified |
| 18 | 01/31/2023 | 23.9 | Verified |
| 19 | 02/01/2023 | 23.9 | Verified |
| 20 | 02/02/2023 | 23.8 | Verified |
| 21 | 02/03/2023 | 23.9 | Verified |
| 22 | 02/04/2023 | 24.0 | Verified |
| 23 | 02/05/2023 | 23.9 | Verified |
| 24 | 02/06/2023 | 23.8 | Verified |
| 25 | 02/07/2023 | 23.9 | Verified |
| 26 | 02/08/2023 | 23.9 | Verified |
| 27 | 02/09/2023 | 23.9 | Verified |
| 28 | 02/10/2023 | 23.9 | Verified |
| 29 | 02/11/2023 | 23.8 | Verified |
| 30 | 02/12/2023 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



**EXHIBIT 1**

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION
# COURT CASE NUMBER: 1:15-CR-00069; NOTICE OF FORFEITURE

Notice is hereby given that on January 10, 2023, in the case of <u>U.S. v. Jason Gmoser</u>, Court Case Number 1:15-CR-00069, the United States District Court for the Southern District of Ohio entered an Order condemning and forfeiting the following property to the United States of America:

Computer Equipment Ser No:(15-FBI-005409), including the following items: 1 Approximately 68 DVDs and CDs, Ser No: N/A; 1 Approximately 50 CDs and DVDs in cases, Ser No: N/A; 1 Sony Camera, Ser No: 3515950; 1 Lexar 1GB Memory Stick, Ser No: Unknown; 1 Sony 4GB Memory Stick, Ser No: Unknown; 3 SanDisk Thumb Drives labeled, Recovery; UBCD 4WM 3.60 Windows SerVer 2003 SP2; and Parted Magic, Ser No: Unknown; 2 3.5 Floppy Disks, Ser No: N/A; 1 Western Digital 40GB Hard Drive, Ser No: WXC406022218; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WCAWZ1809056; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WCAWZ1628172; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WCAWZ0670461; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WCAVY0031389; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WCAVY0088890; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WCAWZ0731050; 1 One External Western Digital Hard Drive with Power Cord, Ser No: Unknown; 1 One External Western Digital Hard Drive with Power Cord, Ser No: WXG1AB0H9564; 1 Seagate Hard Drive, Ser No: 5PV1A4T2; 1 Approximately 49 Homemade VHS Tapes, Ser No: N/A; 1 VHS-C Tape, Ser No: N/A; 1 VHS-C Adaptor, Ser No: Unknown; 1 Unlabeled CD, Ser No: N/A; 1 Approximately 72 Homemade VHS Tapes, Ser No: N/A; 1 Approximately 40 CDs and DVDs (21 in Jewel Cases and 19 on Two Spindles), Ser No: N/A; 1 Patriot 8GB Micro SD Card with Adaptor, Ser No: Unknown; 1 One Western Digital My Passport Hard Drive with Power Cord, Ser No: WXV1E30XYX35T; 1 One Western Digital My Passport Hard Drive with Power Cord, Ser No: WXM1AB0Y6625; 1 One Western Digital My Passport Hard Drive with Power Cord, Ser No: WX41C32D7404; 1 One Western Digital My Passport Hard Drive with Power Cord, Ser No: WXT1CB1S4712; 1 One Western Digital My Passport Hard Drive with Power Cord, Ser No: WXR1A3063089; 1 SanDisk Cruzer 32GB Thumb Drive, Ser No: Unknown; 1 SanDisk Cruzer 8GB Thumb Drive, Ser No: Unknown; 1 SanDisk Cruzer 2GB Thumb Drive, Ser No: Unknown; 1 On 32GB Micro SD Card with Adapter, Ser No: Unknown; 1 Sony Play Station 3 Console with One Controler, Ser No: CE804470955-CECHH01; 1 Logitech Video Web Camera with Cord, Ser No: 1236LZ0FK3V8; 1 Nokia Bellular Phone, Ser No: Unknown; 1 Coolmax Dual Bay SSTA Raid External Hard Drive with Power Cord, Ser No: MQ0509105106; 1 Coolmax Dual Bay SSTA Raid External Hard Drive with Power Cord, Ser No: MQ0509105359; 1 Sony Vaio Laptop Computer with Cords, Ser No: 545709390000269; 1 HP Pavilion Elite Desktop Computer, Ser No: MXX0250GXJ; 1 HP Pavilion Elite Desktop Computer, Ser No: MXX029041K; 1 Raid Computer

Tower with Cords, Ser No: A328ADAEAR200018; 1 Raid Computer Tower with Cords, Ser No: A225ADAEAR200088; 1 HGST Hard Drive, Ser No: 6PGMJMUC; 1 Bitmain Antiminer Labeled "8-18-14" "3", Ser No: Unknown; 1 Bitmain Antiminer Labeled "8-19-14" "5", Ser No: Unknown; 1 Bitmain Antiminer Labeled "8-18-14" "4", Ser No: Unknown; 1 Bitmain Antiminer Labeled "7-24-14" "1", Ser No: Unknown; 1 Bitmain Antiminer Labeled "7-31-14 8/12/14 100%" "2", Ser No: Unknown; 1 Box Containing 7 Bitmain Antiminer Accessories, Ser No: Unknown which was seized from Jason T. Gmoser on December 02, 2014 in Hamilton, Ohio.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (January 14, 2023) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Room 103, Cincinnati, OH  45202, and a copy served upon Assistant United States Attorney Christy Muncy, 221 East Fourth Street, Suite 400, Cincinnati, OH  45202.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Christy Muncy, 221 East Fourth Street, Suite 400, Cincinnati, OH  45202.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.