# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-069 |
| Plaintiff, | JUDGE COLE |
| v. | |
| JASON GMOSER, | **ORDER FOR DISMISSAL** |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 1 through 5 and Counts 7 through 12 of the Indictment pending against the defendant **JASON GMOSER**.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/*Christy L. Muncy*
CHRISTY L. MUNCY
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Christy.Muncy@usdoj.gov

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

\_\_\_\_\_5/31/23\_\_\_\_\_     _____
DATE                          HONORABLE DOUGLAS R. COLE
                              UNITED STATES DISTRICT JUDGE