**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**JASON GMOSER,**

    **Defendant.**

Case No. 1:15-cr-00069
JUDGE DOUGLAS R. COLE

**FINAL ORDER OF FORFEITURE**

This cause comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court has reviewed the record and HEREBY FINDS THAT:

On January 10, 2023, the Court entered a Preliminary Order of Forfeiture (Doc. 48), finding that all right, title, and interest in the following property (the "subject property") had been forfeited to the United States under 18 U.S.C. § 2253(a)(1) and (3):

- Sony Camera; Serial No. 3515950;

- Lexar 1 GB Memory Stick;

- Sony 4GB Memory Stick;

- Three (3) SanDisk Thumb Drives labeled, Recovery; UBCD 4WM 3.60 Windows SerVer 2003 SP2; and Parted Magic;

- Western Digital 40GB Hard Drive; Serial No. WXC406022218;

- One External Western Digital Hard Drive with Power Cord; Serial No. WCAWZ1809056;

- One External Western Digital Hard Drive with Power Cord; Serial No. WCAWZ1628172;

- One External Western Digital Hard Drive with Power Cord; Serial No. WCAWZ0670461;

- One External Western Digital Hard Drive with Power Cord; Serial No. WCAVY0031389;

- One External Western Digital Hard Drive with Power Cord; Serial No. WCAVY0088890;

- One External Western Digital Hard Drive with Power Cord; Serial No. WCAWZ0731050;

- One External Western Digital Hard Drive with Power Cord; Serial No. Unknown;

- One External Western Digital Hard Drive with Power Cord; Serial No. WXG1AB0H9564;

- Patriot 8GB Micro SD Card with Adaptor; Serial No. Unknown;

- One Western Digital My Passport Hard Drive with Power Cord; Serial No. WXV1E30XYX35T;

- One Western Digital My Passport Hard Drive with Power Cord; Serial No. WXM1AB0Y6625;

- One Western Digital My Passport Hard Drive with Power Cord; Serial No. WX41C32D7404;

- One Western Digital My Passport Hard Drive with Power Cord; Serial No. WXT1CB1S4712;

- One Western Digital My Passport Hard Drive with Power Cord; Serial No. WXR1A3063089;

- SanDisk Cruzer 32GB Thumb Drive; Serial No. Unknown;

- SanDisk Cruzer 8GB Thumb Drive; Serial No. Unknown;

- SanDisk Cruzer 2GB Thumb Drive; Serial No. Unknown;

- One 32GB PNY Micro SD Card with Adapter; Serial No. Unknown;

- Sony Play Station 3 Console with One Controller; Serial No. CE804470955-CECHH01;

- Logitech Video Web Camera with Cord; Serial No. 1236LZ0FK3V8;

- Nokia Cellular Phone; IMEI 351967/05/197633/5;

- Coolmax Dual Bay SSTA Raid External Hard Drive with Power Cord; Serial No. MQ0509105106;

- Coolmax Dual Bay SSTA Raid External Hard Drive with Power Cord; Serial No. MQ0509105359;

- Sony Vaio Laptop Computer with Cords; Serial No. 545709390000269;

- HP Pavilion Elite Desktop Computer; Serial No. MXX0250GXJ;

- HP Pavilion Elite Desktop Computer; Serial No. MXX029041K;

- Raid Computer Tower with Cords; Serial No. A328ADAEAR200018;

- Raid Computer Tower with Cords; Serial No. A225ADAEAR200088;

- HGST Hard Drive; Serial No. 6PGMJMUC;

- Bitmain Antiminer Labeled "8-18-14" "3"; Serial No. Unknown;

- Bitmain Antiminer Labeled "8-19-14" "5"; Serial No. Unknown;

- Bitmain Antiminer Labeled "8-18-14" "4"; Serial No. Unknown;

- Bitmain Antiminer Labeled "7-24-14" "1", Serial No. Unknown;

- Bitmain Antiminer Labeled "7-31-14 8/12/14 100%" "2"; Serial No. Unknown;

- Box Containing 7 Bitmain Antiminer Accessories; Serial No. Unknown;

- Seagate Hard Drive; Serial No. 5PV1A4T2;

- All additional items seized, including, but not limited to: all storage media (micro SD cards, 8mm video tapes, Zip drives, CDs, mini CDs, CDRs, DVDs, mini DVDs, floppy disks, VHS tapes, and cassette tapes), documents, packages and photographs; and

- All pornographic material, whether depicting adults or minors or both, and all photographs which depict minors, other than photographs of clothed minor members of the defendant's family.

The Court also found that the defendant had an interest in the subject property and directed the United States to seize the subject property and to give notice of its intent to forfeit the property. (*Id.*).

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object thereafter to the forfeiture of the subject property.

On May 31, 2023, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. (Minute Entry 05/31/2023). The Judgment establishes that the defendant shall forfeit the subject property to the United States. (Doc. 54).

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 14, 2023. (Doc. 50).

The United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 2253(a)(1) and (3), and no right, title, or interest shall remain in any other person or entity.

2. The United States shall dispose of the subject property in accordance with the law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

**SO ORDERED.**

| | |
|---|---|
| **DATE** | **DOUGLAS R. COLE**<br>**UNITED STATES DISTRICT JUDGE** |